November 21, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-24-00083-CV

ASI LLOYDS INSURANCE COMPANY, Appellant

V.

TEXAS WINDSTORM INSURANCE ASSOCIATION, AND THE
HONORABLE CASSIE BROWN, IN HER OFFICIAL CAPACITY AS,
COMMISSIONER, TEXAS DEPARTMENT OF INSURANCE, Appellees

This cause, an appeal from the judgment in favor of appellees, Texas Windstorm Insurance Association, and The Honorable Cassie Brown, in Her Official Capacity as, Commissioner, Texas Department of Insurance, was heard on the appellate record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, ASI Lloyds Insurance Company, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.

Judgment Rendered November 21, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered by Justice Field.